## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index #   12-CV-4329 (FB)(JO)
State of New York,   United States District Court - Eastern District of New York

Purchased/Filed: November 20, 2012
County of

---

SAMVEL NERSISYAN,

Plaintiff

against

UNITED NATIONAL SPECIALTY INSURANCE COMPANY,

Defendant

---

STATE OF NEW YORK, COUNTY OF SARATOGA, SS.:

_____ Sarah Roberts _____ , being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on _____ February 4, 2013 _____ , at _12:30PM_ , at the office of the Secretary of State of the State of New York, at 99 Washington Avenue, Albany, New York 12210, deponent served the annexed:

Summons on a Third-Party Complaint

, on

DEITSCH REALTY CORP. - Third-Party Defendant

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40.00_ dollars; that said service was made pursuant to Section _306 Business Corporation Law_ , ☐; and via Mail sent on _____ ,

receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: _34_     Approx. Weight: _175_     Approx. Ht.: _5'10_

Sex: _Male_       Color of skin: _White_       Color of hair: _Brown_       Other: Glasses

Sworn to before me on this _5th_ day of _February, 2013_

ROBERT C. HAAK
NOTARY PUBLIC, State of New York
No.01HA6189141, Saratoga County
Commission Expires, June 23, 2016

Sarah Roberts

Cust. #/ WO #   _13-022233_

**T.M.S. Services, Inc.**