UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMVEL NERSISYAN,

                Plaintiff,

  - against -

UNITED NATIONAL SPECIALTY
INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X
UNITED NATIONAL SPECIALTY
INSURANCE COMPANY,

                Third-Party Plaintiff,

  - against -

DEITSCH REALTY CORP., GOOGLA HOME
DECOR, LLC, FURNITURE WORKROOM NY INC.,
and FURNITURE WORKROOM CORP.,

                Third-Party Defendants.
-----------------------------------------------------------------X

Docket No.: 12-cv-4329 (FB) (JO)

**CERTIFICATE OF DEFAULT**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2013 ★
BROOKLYN OFFICE

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that third-party defendant Deitsch Realty Corp. has not filed an answer or otherwise moved with respect to the third-party complaint herein. The default of third-party defendant Deitsch Realty Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Mineola, New York
       March 20, 2013
          21

                          DOUGLAS C. PALMER, Clerk of Court

                          By: _/s/ Janet Hamilton_____
                              Deputy Clerk